**MELBA COCHRAN DICK, formerly MELBA COCHRAN, and MRS. CHESTER C. DOBBS, formerly CLARA COCHRAN, v. EVA L. GRANT.**

23 So. (2nd) 495          June Term, 1945
October 5, 1945          Division B

*Fogle & Kirtley,* for appellants.
*Frank E. Bryant,* for appellee.

PER CURIAM:

The decree appealed from is affirmed. E. B. Elliott Co., et al., v. Elliott, 137 Fla. 456, 188 So. 89.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.